# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Chris Carrigan, Michael Venti, and Sylvain Yelle, individually and as representatives of a class of similarly situated persons, and on behalf of the Xerox Corporation Savings Plan,<br><br>      Plaintiffs,<br>v.<br><br>Xerox Corporation, the Xerox Corporation Plan Administrator Committee, and John Does 1-30,<br><br>      Defendants. | Case No. 3:21-cv-01085-SVN<br><br><br><br>**JOINT STATUS REPORT**<br><br><br><br>**October 14, 2022** |

  Pursuant to the Court's Order dated July 13, 2022 (ECF No. 85), the above-named Parties respectfully submit this Joint Status Report.

  On October 11, 2022, the Parties participated in a private mediation. This mediation resulted in an agreement-in-principle between the Parties regarding the material terms of a class-wide settlement. The Parties are preparing a formal Class Action Settlement Agreement and Plaintiffs will also prepare a motion asking the Court to certify the proposed class for settlement purposes and to preliminarily approve the settlement pursuant to Fed. R. Civ. P. 23(e).

  As a result of the settlement, the Parties respectfully request that the Court stay all pending deadlines in this matter and set a new deadline of December 16, 2022, for Plaintiffs to file their motion for preliminary approval of the settlement.

Dated: October 14, 2022          **NICHOLS KASTER, PLLP**
                   */s/ Brock J. Specht*
                   Paul J. Lukas, CT Bar No. phv01525
                   Brock J. Specht, CT Bar No. phv20191
                   Grace I. Chanin, CT Bar No. phv206795
                   4700 IDS Center
                   80 S 8th Street

        Minneapolis, MN 55402
        Telephone: 612-256-3200
        Facsimile: 612-338-4878
        plukas@nka.com
        bspecht@nka.com
        gchanin@nka.com

**GARRISON, LEVIN-EPSTEIN, FITZGERALD & PIRROTTI, P.C.**
Joseph Garrison, CT Bar No. 04132
405 Orange Street
New Haven, CT 06511
Telephone: 203-777-4425
Facsimile: 203-776-3965
jgarrison@garrisonlaw.com

*Counsel for Plaintiffs and the proposed Class*

Dated: October 14, 2022

**XEROX CORPORATION, ET AL.**

By its attorneys,

**MORGAN, LEWIS & BOCKIUS, LLP**

*/s/ Melissa Hill*
Michael C. D'Agostino (ct17294)
One State St., 22nd Fl.
Hartford, CT 06103
Tel: (860) 240-2700
Fax: (860) 240-2701
michael.dagostino@morganlewis.com

Melissa Hill (admitted *pro hac vice*)
101 Park Ave.
New York, NY 10178
Tel: (212) 309-6000
Fax: (212) 309-6001
melissa.hill@morganlewis.com

Jeremy P. Blumenfeld (admitted *pro hac vice*)
Jared R. Killeen (admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA 19103-2921
Tel: (215) 963-5917
Fax: (215) 963-5001

                    jeremy.blumenfeld@morganlewis.com
                    jared.killeen@morganlewis.com

*Attorneys for Defendants*