# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Chris Carrigan, Michael Venti, and Sylvain Yelle, individually and as representatives of a class of similarly situated persons, and on behalf of the Xerox Corporation Savings Plan**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Xerox Corporation, the Xerox Corporation Plan Administrator Committee, and John Does 1-30**<br><br>**Defendants.** | Civil Action No. 3:21-cv-01085-SVN<br><br><br><br>**Plaintiffs' Motion for Preliminary Approval of Class Action Settlement**<br><br><br><br>December 16, 2022 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs Chris Carrigan, Michael Venti, and Sylvain Yelle ("Plaintiffs") respectfully move the Court to: (1) preliminarily approve the Parties' Class Action Settlement Agreement in the above-referenced matter; (2) approve the proposed Settlement Notices and authorize distribution of the Notices to the Settlement Class; (3) preliminarily certify the Settlement Class for settlement purposes; (4) schedule a final approval hearing; and (5) enter the accompanying Preliminary Approval Order.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Brock J. Specht and exhibits attached thereto (including the Settlement Agreement attached as **Exhibit A**), the Declarations of Chris Carrigan, Michael Venti, and Sylvain Yelle, and all files, records, and proceedings in this matter. Defendants do not oppose the motion as parties to the Settlement.

1

Dated: December 16, 2022                    Respectfully submitted,

**NICHOLS KASTER, PLLP**
By:  */s/ Brock J. Specht*
Paul J. Lukas (admitted pro hac vice)
Brock J. Specht (admitted pro hac vice)
Grace I. Chanin (admitted pro hac vice)
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Phone: 612-256-3200
Fax: 612-338-4878
plukas@nka.com
bspecht@nka.com
gchanin@nka.com


**GARRISON, LEVIN-EPSTEIN, FITZGERALD & PIRROTTI, P.C.**
Joseph D. Garrison (ct04132)
405 Orange Street
New Haven, CT 06511
Tel: (203) 777-4425
Fax: (203) 776-3965

ATTORNEYS FOR PLAINTIFFS