UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Chris Carrigan, Michael Venti, and Sylvain Yelle, individually and as representatives of a class of similarly situated persons, and on behalf of the Xerox Corporation Savings Plan**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Xerox Corporation, the Xerox Corporation Plan Administrator Committee, and John Does 1-30**<br><br>**Defendants.** | Civil Action No. 3:21-cv-01085-SVN<br><br>**Plaintiffs' Motion for Final Approval of Class Action Settlement**<br><br>January 22, 2024 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs Chris Carrigan, Michael Venti, and Sylvain Yelle ("Plaintiffs") respectfully move the Court for an Order granting final approval of the parties' Class Action Settlement Agreement. *See* ECF No. 99-03. This motion is made under Federal Rule of Civil Procedure 23(e), this Court's Preliminary Approval Order dated September 27, 2023, ECF No. 103 ¶ 7, and Paragraph 4.1 of the Settlement Agreement, and it is based on the accompanying Memorandum of Law and authorities cited therein, the declarations of Brock J. Specht and Jeffrey Mitchell and exhibits attached thereto, and all files, records, and proceedings in this matter. A proposed Final Approval Order is being submitted in connection with this motion.

As parties to the Settlement, Defendants do not oppose the motion.

1

Dated: January 22, 2024                              Respectfully submitted,

                                                **NICHOLS KASTER, PLLP**
By: */s/ Brock J. Specht*
Paul J. Lukas (admitted pro hac vice)
Brock J. Specht (admitted pro hac vice)
Grace I. Chanin (admitted pro hac vice)
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Phone: 612-256-3200
Fax: 612-338-4878
plukas@nka.com
bspecht@nka.com
gchanin@nka.com

**GARRISON, LEVIN-EPSTEIN, FITZGERALD & PIRROTTI, P.C.**
Joshua R. Goodbaum (ct28834)
405 Orange Street
New Haven, CT 06511
Tel: (203) 777-4425
Fax: (203) 776-3965

ATTORNEYS FOR PLAINTIFFS